IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM L. WRIGHT,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:08-CV-118-HL |
| **ARIZONA CHEMICAL COMPANY** : | |
| **and ARIZONA CHEMICAL** : | |
| **COMPANY, LLC,** : | |
| : | |
| Defendants. : | |

## ORDER

The Parties have filed a Joint Statement of Agreement (Doc. 34) that reflects resolution of the issues presented in Defendant's Motion to Compel a Physical and Mental Examination of Plaintiff Pursuant to Federal Rules of Civil Procedure 35 (Doc. 27). Accordingly, Defendant's Motion to Compel is denied as moot.

**SO ORDERED, this the 4th day of May, 2009.**

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

wjc