IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM L. WRIGHT, | : |
| Plaintiff, | : |
| v. | : Case No. 7:08-CV-118 (HL) |
| ARIZONA CHEMICAL COMPANY And ARIZONA CHEMICAL COMPANY, LLC, | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel the Disclosure of All Insurance Policies Which May Provide Coverage (Doc. 39), Defendant's Motion to Compel Plaintiff to Respond Fully to Discovery Requests (Doc. 59) and Defendant's Amended Motion to Compel Plaintiff to Respond Fully to Discovery Requests (Doc. 70). These matters were heard at a hearing before this Court on November 30, 2009. At this hearing, the Court made the following rulings:

First, not later than Monday, December 7, 2009, counsel for Defendant must report to this Court that the matter of the subject insurance policy has been resolved. If this matter is not resolved by December 7, and the cause of the failure to resolve the issue is International Paper's refusal to cooperate with Defendant, then this Court will hold another hearing and the Court will compel the executives from International Paper to attend.

Second, the Plaintiff must file under seal with the Court a copy of the Settlement Agreement which is the subject of the Defendant's Motions. Additionally, Plaintiff must provide counsel for Defendant a copy of the Settlement Agreement marked for counsel for Defendant's eyes only.  If the Defendant believes that it needs to present the Settlement Agreement as evidence at trial, then the subject of the Settlement Agreement's admissibility will be addressed before trial.  In addition to the above report, the parties shall report to this court, not later than December 7, 2009, that the terms of this Order have been satisfied regarding the production of the Settlement Agreement.

**SO ORDERED**, this the 2nd day of November, 2009.

*s/   Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch