IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM L. WRIGHT, : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 7:08-CV-118 (HL) |
| : | |
| ARIZONA CHEMICAL COMPANY : | |
| And ARIZONA CHEMICAL : | |
| COMPANY, LLC, : | |
| : | |
|     Defendants. : | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel the Disclosure of All Insurance Policies Which May Provide Coverage (Doc. 39), Defendant's Motion to Compel Plaintiff to Respond Fully to Discovery Requests (Doc. 57) (erroneously identified as Doc. 59 in this Court's previous Order, Doc. 110), and Defendant's Amended Motion to Compel Plaintiff to Respond Fully to Discovery Requests (Doc. 70) (collectively, the "Motions"). These matters were heard at a hearing before this Court on November 30, 2009. The Court entered an Order following this hearing (Doc. 110) instructing the Defendant to provide to the Plaintiff a copy of the subject insurance policy and to report back to this Court that the matter of the insurance policy had been resolved; and instructing the Plaintiff to produce a copy of the Settlement Agreement which was the subject of

Defendant's motions and to report back to this Court that the matter of the settlement agreement had been resolved.

On December 7, 2009, the Defendant filed a Notice (Doc. 112) showing that it had sent a copy of the subject insurance policy to the Plaintiff.  On December 8, 2009, the Plaintiff filed a letter (Doc. 113) showing that she had sent a copy of the subject settlement agreement to the Defendant.  The parties having satisfied the requirements of the Order, the issues of the parties' motions are now moot.  Therefore, the Motions (Docs. 39, 57 and 70) are denied.

**SO ORDERED**, this the 13th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch